FILED
2010 Aug-17  PM 03:58
U.S. DISTRICT COURT
N.D. OF ALABAMA

```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION

CHERYL MILLER,                  }
                                }
      Plaintiff,                }
                                }       CIVIL ACTION NO.
v.                              }       09-AR-1917-S
                                }
ALI CASSUM, et al.,             }
                                }
      Defendants.               }
```

## **MEMORANDUM OPINION**

The court has before it two motions. The first is the motion of defendants, Kevin Turner and The Turner Group, LLC., for summary judgment, to which plaintiff, Cheryl Miller, filed an enigmatic response on July 29, 2010. Said motion for summary judgment came under submission on August 16, 2010, at 4:30 p.m. The second motion is by plaintiff's counsel for leave with withdraw.

The motion by plaintiff's counsel for leave to withdraw is well taken, and will be granted by separate order.

The court hereby adopts the statement of undisputed material of facts contained in the submission of defendants, Kevin Turner and The Turner Group, LLC, in support of their motion for summary judgment filed on July 14, 2010. The said motion will be granted by separate order.

DONE this 17th day of August, 2010.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE